UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| PRISCILLA GALLO, | Case No. 2:18-cv-00577-GMN-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MERCURY CASUALTY COMPANY, | |
| Defendant. | |

This matter is before the court on the parties' failure to file a joint status report as required in Order (ECF No. 5) entered April 4, 2018, regarding removal of this case to federal district court. On May 14, 2018, defendant filed a signed Statement (ECF No. 14) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** that the parties shall file a joint status report **no later than July 9, 2018,** which must:

1. Set for the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

DATED this 25th day of June, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1