1  BENJAMIN J. CARMAN, ESQ.
   Nevada Bar No. 12565
2  **RANALLI ZANIEL FOWLER & MORAN, LLC**
   2400 W. Horizon Ridge Parkway
3  Henderson, NV 89052
   Telephone: (702) 477-7774
4  Facsimile: (702) 477-7778
   ranalliservice@ranallilawyers.com
5  Attorneys for Defendant
   Mercury Casualty Company
6

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PRISCILLA GALLO, individually<br><br>Plaintiff,<br><br>v.<br><br>MERCURY CASUALTY COMPANY, a foreign corporation; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally<br><br>Defendant | 2:18-cv-00577-GMN-PAL<br><br>STIPULATION TO REMAND THE ACTION TO STATE COURT |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff PRISCILLA GALLO, and Defendant MERCURY CASUALTY COMPANY, by and through their undersigned counsel:

1. That Plaintiff's claims on file herein be remanded to the Clark County District Court, Case No.: A-18-770006-C, in order to allow the Plaintiff to pursue her claims in the State Court.
2. That Defendant will withdraw their opposition to the Motion to Remand.
3. That Plaintiff will limit their damages to $75,000 in the underlying action on remand.

DATED this 4th day of ~~August~~ September, 2018.

**Richard Harris Law Firm**

/s/
KRISTOPHER HELMICK, ESQ.
Attorneys for Plaintiff,
Priscilla Gallo

**RANALLI ZANIEL FOWLER & MORAN, LLC**

/s/
BENJAMIN J. CARMAN, ESQ.
Attorneys for Defendant,
Mercury Casualty Company

## ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that this case be **REMANDED** to the Eighth Judicial District Court for the State of Nevada, County of Clark.

Dated this 24 day of September, 2018.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT